IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY JAMES WIMBERLY, JR.,

    Petitioner,

v.                                    CASE NO.  4:06cv229-RH/WCS

WARDEN, GEORGIA DIAGNOSTIC
CENTER, et al.,

    Respondents.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 7), and the objections thereto (document 10).  I have reviewed de novo the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petition challenging the detainer filed against petitioner by the State of Florida is  DENIED.  The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 2d day of October, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge